**Dianne J. FAKE, Respondent**

v.

**Brandon L. FAKE, Petitioner**

**No. 485 EAL 2016**

Supreme Court of Pennsylvania.

March 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Dougherty did not participate in the consideration or decision of this matter.

**Anthony PITTS, Petitioner**

v.

**Muhammad NAJI, Debra Younkin, K. Hollibaugh, T. Cantolina, Kenneth Cameron, Steven Glunt, and Major Morris, Respondents**

**No. 401 WAL 2016**

Supreme Court of Pennsylvania.

March 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.